UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SHADY HILLS ENERGY CENTER, LLC,<br><br>*Plaintiff and Counter-Defendant*,<br><br>v.<br><br>SEMINOLE ELECTRIC COOPERATIVE, INC.,<br><br>*Defendant, Counter-Plaintiff, and Third-Party Plaintiff*. | Case No.: 8:20-cv-81-WFJ-JSS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant Shady Hills Energy Center LLC, Third-Party Defendants EFS Shady Hills Expansion Holdings, LLC, EFS Shady Hills, LLC, General Electric Credit Corporation of Tennessee, Inc., GE Capital US Holdings, Inc., and GE Capital Global Holdings, LLC, and Defendant/Counter-Plaintiff/Third-Party Plaintiff Seminole Electric Cooperative, Inc. (collectively the "Parties") hereby jointly agree and stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and Parties, with each Party bearing that Party's own attorney's fees and costs.

Dated: April 26, 2023

Respectfully submitted,

/s/Mark P. Guerrera
Mark P. Guerrera* (Trial Counsel)
Frank R. Volpe*
Justin A. Benson*
Cayla C. Calderwood*
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mguerrera@sidley.com
fvolpe@sidley.com
jbenson@sidley.com
ccalderwood@sidley.com

Thomas A. Zehnder
Florida Bar No.: 0063274
Frederick S. Wermuth
Florida Bar No.: 0184111
King, Blackwell, Zehnder &
     Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
tzehnder@kbzwlaw.com
fwermuth@kbzwlaw.com

Counsel to Shady Hills Energy Center, LLC, EFS Shady Hills Expansion Holdings, LLC, EFS Shady Hills, LLC, General Electric Credit Corporation of Tennessee, Inc., GE Capital US Holdings, Inc., and GE Capital Global Holdings, LLC

/s/ Michael Calhoon
Michael Calhoon*
Elizabeth Parker*
BAKER BOTTS LLP
700 K Street, NW
Washington, DC 20001
Telephone: (202) 639-7954
michael.calhoon@bakerbotts.com
elizabeth.parker@bakerbotts.com

Brian C. Kerr*
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2543
brian.kerr@bakerbotts.com

Ariel House*
BAKER BOTTS LLP
401 South First Street, Suite 1300
Austin, TX 78704
Telephone: (512) 322-2500
ariel.house@bakerbotts.com

Robert V. Williams
Jacqueline A. Simms-Petredis
BURR 7 FORMAN LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 367-5751
rwilliams@burr.com
jsimms-petredis@burr.com

Counsel for Defendant, Counter-Plaintiff, and Third-Party Plaintiff Seminole Electric Cooperative, Inc.

* admitted pro hac vice

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

                                            /s/ Thomas A. Zehnder
                                            Thomas A. Zehnder
                                            Florida Bar No. 0063274